DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 215P12 | State v. Luther Daniel Stidham | Defendant-Appellant's *Pro Se* Motion for *Writ of Habeas Corpus* | Denied 05/18/12 |
|---|---|---|---|
| 216P12 | State v. Timothy S. McKendall | 1. State's PWC to Review the Order of COA (COAP12-166)<br><br>2. Def's Motion to Dismiss State's PWC as Moot<br><br>3. State's Motion to Withdraw State's PWC | 1. - - -<br><br>2. Dismissed as Moot<br><br>3. Allowed |
| 217P12 | James Ronald Peggs v. State of North Carolina | Plt's *Pro Se* Motion for NOA and Request to Void Judgment | Dismissed |
| 223P12 | State v. Mikel Shannon Arms | Def's PDR Under N.C.G.S. § 7A-31 (COA11-764) | Denied |
| 226P12 | State v. James Emmett Long, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-962) | Denied |
| 232P12 | State v. Samuel Covington | Def's *Pro Se* Motion for NOA | Dismissed |
| 242P07-3 | State v. Yilien Osnarque | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/30/12** |
| 276P11-2 | State v. Michael Earl Rogers-Bey | 1. Def's *Pro Se* Motion for an "Avernment" of Jurisdiction<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 305P97-4 | State v. Egbert Francis, Jr. | Def's *Pro Se* PWC to Review Order of Superior Court of Wake County | Denied |
| 331P11 | In the Matter of: R.H. & M.H. | Respondent's PDR Under N.C.G.S. § 7A-31 (COA11-13) | Denied |
| 347P11 | Sugar Creek Charter School, Inc., et al. v. State of North Carolina, et al. | 1. Plts' NOA Based Upon a Constitutional Question (COA10-965)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. Defs' (School Boards) Motion to Dismiss Appeal<br><br>5. Defs' (Counties) Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed<br><br>5. Allowed |